WILLIAM VIGUE *vs.* LEWISTON, AUGUSTA AND WATERVILLE
STREET RAILWAY.

Kennebec County.   Decided July 21, 1910.   Action on the case
to recover damages for personal injuries sustained by the plaintiff
while in the employ of the defendant.   Verdict for plaintiff for
$4,950.   On motion and exceptions by defendant.   Exceptions not
argued.   Motion sustained unless remittitur be made of so much
of the verdict as exceeded $3,500.   *B. F. Maher*, for plaintiff.
*Heath & Andrews*, for defendant.

---

CHRISTIAN IVERSON *vs.* HERBERT ST. CLAIR and Trustee.

Cumberland County.   Decided July 21, 1910.   Action brought
in the Superior Court.   Verdict for plaintiff and defendant moved
for a new trial.   Motion overruled.   *John B. Kehoe*, for plaintiff.
*Strout & Strout*, for defendant.